Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the
**Middle** District of **FL**
**Orlando** Division

Case No. 6:22-cv-2252-CEM-DCI
*(to be filled in by the Clerk's Office)*

Plaintiff(s): **Quentin J Stevens**

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

Defendant(s): **City of Palm Bay**

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Jury Trial: *(check one)*  ☐ Yes  ☐ No

FILED 2022 DEC -5 PM 3:35 US DISTRICT COURT MIDDLE DISTRICT OF FLORIDA ORLANDO, FLORIDA

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

- Name: City of Palm Bay
- Street Address: 120 Malabar Rd
- City and County: palm bay, FL Brevard
- State and Zip Code: Florida 32909
- Telephone Number: 321-952-3400
- E-mail Address: stevens, quentininvestllc
  Stevensjquentininvestllc@gmail.com

#### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

**Government agency**

Defendant No. 1
    Name: City of Palm Bay
    Job or Title (if known):
    Street Address: 120 malabar rd
    City and County: palm bay, Brevard
    State and Zip Code: Florida 32909
    Telephone Number: 1-321-952-3400
    E-mail Address (if known):

Defendant No. 2
    Name:
    Job or Title (if known):
    Street Address:
    City and County:
    State and Zip Code:
    Telephone Number:
    E-mail Address (if known):

Defendant No. 3
    Name:
    Job or Title (if known):
    Street Address:
    City and County:
    State and Zip Code:
    Telephone Number:
    E-mail Address (if known):

Defendant No. 4
    Name:
    Job or Title (if known):
    Street Address:
    City and County:
    State and Zip Code:
    Telephone Number:
    E-mail Address (if known):

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[X] Federal question    [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Fifth amendment Takings Clause

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual
       The plaintiff, *(name)* Quentin J Stevens, is a citizen of the State of *(name)* Florida.

    b. If the plaintiff is a corporation
       The plaintiff, *(name)* quentin jStevensinvt, llc is incorporated under the laws of the State of *(name)* Washington, and has its principal place of business in the State of *(name)* Washington.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual
       The defendant, *(name)* City of Palm Bay, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

Page 3 of 5

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

    b.    If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

_____

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

_____

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

# Statement Of Claim 12-1-2022

The Plaintiff, Quentin, Stevens asks the Court in this Complaint for Damages, incurred from Defendant, City of PalmBay, for the unpermitted use of Medical CD Aftercare report Healthreport, that contains very sensitive content, Given to the Plaintiff to take home from emergency room visit back in 2012 in Lakeland, FL.

After which time the Defendant gained unconsented access of medical CD.

The Defendant City of PalmBay has unpermittely used without the Plaintiff's consent each consecutive year thereafter (2012) for public use on Internet for Montary gain with no compensation offered to plaintiff.

# Relief

12-1-2022

The Plaitiff, Quentin Stevens asks the Court in Complaint v City of Palm Bay the Defendant who unpermittedly used the Plaintiff's Medical CD for public use, and without Plaintiff's consent or prior Agreement.

The Plaintiff seeks compensatory Damages from the City of Palm Bay

Through 2012 to this day, the plaintiff asks compensatory Damages for each year after 2012. Over past ten years Defendant Infringed upon the Plaintiff's privacy rights, property rights, causing "mental Distress" some bruising to human Psyche

# Relief

The Defendant City of Palm Bay, knowingly infringed on the Plaintiff, Quenting Stevens and law's recognition of the Property right inherent in the commercial value of a person's identity.

The Defendant continued infringement upon the Plaintiff's rights of publicity, part of the law of unfair competition and illegal the use without consent of the commercial value of a person's identity for the "purpose of trade",

— See attached —

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 10-31-22

Signature of Plaintiff: Quentin J Stevens

Printed Name of Plaintiff: Quentin James Stevens

### B. For Attorneys

Date of signing: 11-29-2022

Signature of Attorney:
Printed Name of Attorney:
Bar Number:
Name of Law Firm:
Street Address:
State and Zip Code:
Telephone Number:
E-mail Address: